UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| REHAB ELDEEB, as trustee for the next of kin of FAHMY ELDEEB, deceased,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a corporation, and SOCIÉTÉ AIR FRANCE, S.A. d/b/a AIR FRANCE, a corporation,<br><br>Defendants. | Civil Action No.: 18-cv-01128-DSD-TNL<br><br>**MOTION TO DISMISS** |

Pursuant to Fed. R. Civ. Proc. 12(b)(6), 12(b)(7), and 19, Defendants Delta Air Lines, Inc. and Société Air France, S.A. d/b/a Air France move to dismiss Plaintiff's Amended Complaint in this matter on the following grounds:

1. *Forum Non Conveniens* because France is a more convenient forum;

2. Pursuant to Federal Rule of Civil Procedure 12(b)(7) for failure to name a necessary and indispensable party under Federal Rule of Civil Procedure 19; and

3. Pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for relief under the Montreal Convention.

Dated: September 10, 2018.   **GRAY, PLANT, MOOTY,**
　　　　　　　　　　　　　　　**MOOTY & BENNETT, P.A.**

　　　　　　　　　　　　　　　By: /s/ Julia Dayton Klein
　　　　　　　　　　　　　　　　　Charles K. Maier (MN #230315)
　　　　　　　　　　　　　　　　　Julia Dayton Klein (MN #319181)
　　　　　　　　　　　　　　　　　Raymond J. Konz (MN #391236)

2

       Molly R. Littman (MN #398449)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 632-3000 Telephone
(612) 632-4016 Facsimile
Charles.Maier@gpmlaw.com
Julia.DaytonKlein@gpmlaw.com
Raymond.Konz@gpmlaw.com
Molly.Littman@gpmlaw.com

**HOLLAND & KNIGHT, LLP**

Sarah G. Passeri
Christopher G. Kelly
*Pro Hac Vice* Pending
Holland & Knight, LLP
31 West 52nd Street, 12th Floor
New York. NY   10019
Telephone: (212) 513-3200
Email: Sarah.Passeri@hklaw.com
Email. Christopher.Kelly@hklaw.com

**ATTORNEYS FOR DEFENDANTS DELTA AIR LINES, INC. AND SOCIETE AIR FRANCE**

GP:4819-1916-4017 v1

2